No. 97–188. WASHINGTON, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS v. HALL. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 96–1852. BASILE v. TOWN OF SOUTHAMPTON. Ct. App. N. Y. Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 96–1884. ALLEN ET AL. v. GYPSY CHURCH OF THE NORTH-WEST, BY AND THROUGH MARKS, TRUSTEE, ET AL. C. A. 9th Cir. Motion of petitioners to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 96–1896. GARDNER ET UX. v. UNITED STATES. C. A. 9th Cir. Motion of David Haight for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 96–1898. MASSACHUSETTS SCHOOL OF LAW AT ANDOVER, INC. v. AMERICAN BAR ASSN. ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE KENNEDY took no part in the consideration or decision of this petition.

No. 96–1899. INSULTHERM, INC., ET AL. v. TANK INSULATION INTERNATIONAL, INC. C. A. 5th Cir. Motion of American Intellectual Property Law Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 96–1957. HILL v. FLORIDA. Sup. Ct. Fla. Motion of Friends of Paul Jennings Hill for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 96–8796. VEY v. CLINTON, PRESIDENT OF THE UNITED STATES, ET AL. C. A. 3d Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.